**FEE PAID**

**S/I**

Name: Darrin Andrew Adkins

Address: 765 S Barrow St.

Compton CA. 90220

Phone: (323) 572-7177

Fax: _____

In Pro Per

FILED

2022 SEP -8  PM 12:42

CENTRAL DIST. OF CALIF.
LOS ANGELES

BY____ **rsm**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Darrin Andrew Adkins

Plaintiff

v.

Southern California Gas Company

Defendant(s).

CASE NUMBER:

**2:22-CV-06422-AB-RAOx**

To be supplied by the Clerk of
The United States District Court

Complaint for A Civil Case Alleging Negligence

CV-126 (09/09)          PLEADING PAGE FOR A COMPLAINT

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
### for the

District of    Central District of California

Division

| | |
|---|---|
| Darrin Andrew Adkins | Case No. |
| _____ | _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*    ☐ Yes    ☐ No |
| -v- | |
| Southern California Gas Company | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Darrin Andrew Adkins |
   | Street Address | 765 S Barron Street |
   | City and County | Compton          Los Angeles |
   | State and Zip Code | California          90220 |
   | Telephone Number | (323)572-7177 |
   | E-mail Address | Darrinadk@yahoo.com |

Page of 8

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Southern California Gas Company |
| Job or Title *(if known)* | |
| Street Address | 555 West  5th St. |
| City and County | Los Angeles       Los Angeles |
| State and Zip Code | California       90013 |
| Telephone Number | |
| E-mail Address *(if known)* | jhernandez4@semprautilities.com        kgray1@sempra.com |

Defendant No. 2

| | |
|---|---|
| Name | Sempra Energy Utility |
| Job or Title *(if known)* | |
| Street Address | 488 8th Avenue    (HQ09N1) |
| City and County | San Diego    San Diego |
| State and Zip Code | California     92101 |
| Telephone Number | (619)676-0995 |
| E-mail Address *(if known)* | kgray1@sempra.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Name _____

Job or Title *(if known)* _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*          Darrin Andrew Adkins          , is a citizen of the

State of *(name)*      California

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____

2.    If the defendant is a corporation

The defendant, *(name)*      Southern California Gas Company/ Sempra     , is incorporated under
                             Energy Utility

Page of 8

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

the laws of the State of *(name)*        California                                , and has its

principal place of business in the State of *(name)*        California

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C.    **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Negligence with  intent to harm with no regards for plaintiffs rights to a harassment and discrimination free workplace under Title VII of the Civil Rights Act of 1964

III.    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)*        3/2/2020        , at *(place)*        Company facility, over phone and through emails                ,

Disrespect and refuse to work with plaintiff 3/10/2020 Left plaintiff name off grievance meeting 4/3/2020 Unfair treatment discipline of plaintiff 4/7/2020 falsification of company documents about plaintiff, around 5/2020 HR Victim blaming 8/2020 ignored for assistance 10/29/2020 Sabotaged Plaintiff's work 11/2020 Manager failed to provide requested training others was given 7/23/2021 Questioned to be incompetent to make decisions, 8/2021-9/2021 Questioned to be incompetent with LOL by management ,4/2022 management exhale loudly as I was speaking, 5//26/2022

Page of 8

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Rule changed
to hide
discrimination
, 8/2019
management
used
aggressive
tone when
comment was
made by
Plaintiff,
6/2019 given
work other
employee
refused to do
,8/2018
Manager hung
up phone on
Plaintiff,
1/2018 upper
management
placed unsafe
on appraisal,
11/2017 to
2016 same
unfair
treatment with
diversity
watching
over the
Department
only to protect
Company..

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Plaintiff was label as a troublemaker after reporting Discrimination.

Plaintiff has been  subjected to a hostile work environment  with existing permeated  discriminatory, intimidation, ridicule, and insult, that is sufficiently severe or pervasive to alter the conditions of the Plaintiff's employment and create an abusive working environment.

**Victim blaming**
**Gaslighting**

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**Violated Plaintiff Civil Rights** Title VII of the Civil Rights Act of 1964

**Resulting in damage to Plaintiff's quality of life.**

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**7 million in** Punitive damage for premeditated and deliberate act to discriminate and harass

### V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9/8/2022

Signature of Plaintiff    Darrin Adkins

Page of 8

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

           Printed Name of Plaintiff   Darrin Adkins _____

**B.**    **For Attorneys**

           Date of signing:    _____

           Signature of Attorney    _____

           Printed Name of Attorney    _____

           Bar Number    _____

           Name of Law Firm    _____

           Street Address    _____

           State and Zip Code    _____

           Telephone Number    _____

           E-mail Address    _____

EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (*ISSUED ON REQUEST*)

To:  Mr. Darrin A. Adkins
765 S. Barron St.
COMPTON, CA 90220

From:  Los Angeles District Office
255 East Temple St, 4th Floor
Los Angeles, CA 90012

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2022-00140 | Mark Brennan,<br>Senior Federal Investigator | (213) 785-3023 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

More than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By:Christine Park-Gonzalez
06/17/2022

**Christine Park-Gonzalez**
**Acting District Director**

Enclosures(s)

cc:  **Judy Hernandez**
SOUTHERN CALIFORNIA GAS COMPANY
jhernandez4@semprautilities.com
**Kathryn Gray**
Sempra Energy
kgray1@sempra.com

**Shauna Madison**
Medina Orthwein LLP
smadison@medinaorthwein.com
**Shsay Neal**
John V Gaule
Law Office of John V. Gaule
john@gaulelaw.us

Enclosure with EEOC
Form 161-B (01/2022)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of **the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this **Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*