JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN ANDREW ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA GAS COMPANY, et al.<br><br>Defendants. | **Case No.  2:22-cv-06422-AB-RAOx**<br><br>**[PROPOSED] JUDGMENT** |

Defendant Southern California Gas Company's Motion for Summary Judgment (Dkt. No. 69) came on for hearing on May 31, 2024, the Honorable André Birotte Jr., United States District Court Judge presiding.  The Court having considered the Motion for Summary Judgment (Dkt. No. 69), Plaintiff Darrin Andrew Adkins' Opposition (Dkt. No. 78), Defendant's Reply (Dkt. No. 89), and Plaintiff's Sur-Reply (Dkt. No. 92), together with all evidence and papers submitted by the parties in connection with the motion, and having considered the issues and oral argument

presented at the hearing, and having granted Defendant's Motion for Summary Judgment in its entirety (Dkt No. 122):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Summary Judgment be entered in favor of Defendant Southern California Gas Company for the reasons stated in this Court's Order (Dkt. No. 122). As such, all claims for relief asserted by Plaintiff Darrin Andrew Adkins are dismissed with prejudice. Further, as prevailing parties pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 54, Defendants are awarded costs. Consistent with Local Rule 54, Defendants shall file an Application to the Clerk to Tax Costs and shall attach a proposed Bill of Costs within fourteen (14) days after the entry of this judgment.

Dated: October 23, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT